**Jose L. RODRIGUEZ, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 05–3014.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2005.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit

the practice of this court to dismiss with or without prejudice.

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.